**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter __11__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Aurora Operating, LLC |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 4  7 – 3  4  9  1  1  8  8 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1301 McKinney, Suite 2885 | |
| Number    Street | Number    Street |
| | P.O. Box |
| Houston          TX     77010 | |
| City          State   ZIP Code | City          State   ZIP Code |
| HARRIS | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number    Street |
| | City          State   ZIP Code |

5. **Debtor's website (URL)**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Aurora Operating, LLC**                     Case number (if known) _____

**7.    Describe debtor's business**      *A.  Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

*B.  Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.*   NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/

____  ____  ____  ____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**      *Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11.   *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When _____  Case number _____
                                              MM / DD / YYYY

         District _____  When _____  Case number _____
                                              MM / DD / YYYY

         District _____  When _____  Case number _____
                                              MM / DD / YYYY

Debtor  **Aurora Operating, LLC** _____  Case number (if known) _____

| | | |
|---|---|---|

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.  Debtor _____  Relationship _____

District _____  When _____  MM / DD / YYYY

Case number, if known _____

Debtor _____  Relationship _____

District _____  When _____  MM / DD / YYYY

Case number, if known _____

List all cases.  If more than 1, attach a separate list.

**11. Why is the case filed in _this district_?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**     *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**
_____
Number    Street
_____
_____
City                    State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and adminstrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor **Aurora Operating, LLC** _____   Case number (if known) _____

| 14. Estimated number of creditors | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

| 15. Estimated assets | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. Estimated liabilities | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Part X:   Request for Relief, Declaration, and Signatures

**WARNING** --Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/11/2016**
              MM / DD / YYYY

X **/s/ Andrey Platunov** _____     **Andrey Platunov** _____
     Signature of authorized representative of debtor          Printed name

Title **Operating Director** _____

**18. Signature of attorney**

X **/s/ Craig H. Cavalier** _____   Date **01/11/2016** _____
     Signature of Attorney for Debtor                           MM / DD / YYYY

**Craig H. Cavalier** _____
Printed name
**James B. Jameson** _____
Firm Name
**5555 West Loop South** _____
Number         Street
**Suite 600** _____

**Bellaire** _____   **TX** _____   **77401** _____
City                                          State          ZIP Code

Contact phone **(713) 621-4720** _____   Email address _____

**04022075** _____   **TX** _____
Bar number                                   State

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case</strong></td></tr>
</table>

Debtor name    **Aurora Operating, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   **Current value of debtor's interest**

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase Bank (Operating Acct.)** | **Checking account** | **5 9 3 9** | **$76,812.07** |

4. **Other cash equivalents** *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$76,812.07**

### Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

Debtor    **Aurora Operating, LLC**
_____      Case number (if known) _____
Name                                                                                            01/11/2016 03:21:49pm

**7.  Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

Current value of debtor's interest

7.1.  Operator Bond placed with Texas Railroad Commission Operator ID No. 036924 _____  **$25,000.00**

_____   _____

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

_____   _____
_____   _____

**9.  Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.                                **$25,000.00**

**Part 3:  Accounts receivable**

**10.  Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes.  Fill in the information below.

Current value of debtor's interest

**11.  Accounts receivable**

11a.  90 days old or less:   **$0.00**    –   **$0.00**   = ............ →   **$0.00**
                          face amount          doubtful or uncollectible accounts

11b.  Over 90 days old:   **$2,276,316.49**   –   **$0.00**   = ............ →   **$2,276,316.49**
                          face amount          doubtful or uncollectible accounts

**12.  Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.        **$2,276,316.49**

**Part 4:  Investments**

**13.  Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.  Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

_____   _____   _____
_____   _____   _____

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:           % of ownership:

_____   _____   _____   _____
_____   _____   _____   _____

Debtor    **Aurora Operating, LLC** _____    Case number (if known) _____
        Name

01/11/2016 03:21:49pm

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

     Describe:

     _____    _____    _____

     _____    _____    _____

17. **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

| | |
|---|---|
| | **$0.00** |

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

| | |
|---|---|
| | **$0.00** |

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____   Valuation method _____   Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |

01/11/2016 03:21:49pm

Debtor   **Aurora Operating, LLC**
Name

Case number (if known) _____

29. **Farm animals**  *Examples:* Livestock, poultry, farm-raised fish

_____   _____   _____   _____

30. **Farm machinery and equipment**  (Other than titled motor vehicles)

_____   _____   _____   _____

31. **Farm and fishing supplies, chemicals, and feed**

_____   _____   _____   _____

32. **Other farming and fishing-related property not already listed in Part 6**

_____   _____   _____   _____

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.

| | $0.00 |
|---|---|

34. **Is the debtor a member of an agricultural cooperative?**
    ☑ No
    ☐ Yes.  Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☑ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

### Part 7:   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☑ No.  Go to Part 8.
    ☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. **Office furniture**

_____   _____   _____   _____

40. **Office fixtures**

_____   _____   _____   _____

41. **Office equipment, including all computer equipment and communication systems equipment and software**

_____   _____   _____   _____

42. **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

_____   _____   _____   _____

_____   _____   _____   _____

_____   _____   _____   _____

Debtor   **Aurora Operating, LLC**                                    Case number (if known) _____
_____
Name

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.                                   $0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| **49. Aircraft and accessories** | | | |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | _____ | _____ | _____ |

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.                                   $0.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

Debtor    **Aurora Operating, LLC**           Case number (if known) _____
       Name

55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|

56.  **Total of Part 9.**

     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.     **$0.00**

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☑ No
    ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

## Part 10: Intangibles and Intellectual Property

59.  **Does the debtor have any interests in intangibles or intellectual property?**

    ☑ No.  Go to Part 11.
    ☐ Yes.  Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**

     Add lines 60 through 65.  Copy the total to line 89.     **$0.00**

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

    ☑ No
    ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☑ No
    ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

01/11/2016 03:21:49pm

Debtor   **Aurora Operating, LLC**                                     Case number (if known) _____
         Name

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☑ No.  Go to Part 12.
    ☐ Yes.  Fill in the information below.

                                                                          **Current value of**
                                                                          **debtor's interest**

71. **Notes receivable**

    Description (include name of obligor)

    _____   _____ – _____ = ➜  _____
                                       Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____   Tax year _____   _____
    _____   Tax year _____   _____
    _____   Tax year _____   _____

73. **Interests in insurance policies or annuities**

    _____                      _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    _____                      _____

    **Nature of claim**      _____
    **Amount requested**     _____

75. **Other contingent and unliquidated claims or causes of action of every nature,**
    **including counterclaims of the debtor and rights to set off claims**

    _____                      _____

    **Nature of claim**      _____
    **Amount requested**     _____

76. **Trusts, equitable or future interests in property**

    _____                      _____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

    _____                      _____
    _____                      _____

78. **Total of Part 11.**
    Add lines 71 through 77.  Copy the total to line 90.                   | $0.00 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

01/11/2016 03:21:49pm

Debtor    **Aurora Operating, LLC**
          _____     Case number (if known) _____
          Name

## Part 12:   Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $76,812.07 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $25,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,276,316.49 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .................................................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $2,378,128.56 | + 91b.    $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ..................................................................................... $2,378,128.56

01/11/2016 03:21:50pm

<div style="border:1px solid black;">

**Fill in this information to identify the case:**

Debtor name **Aurora Operating, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

</div>

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | *Column B*<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                **$0.00**

**Fill in this information to identify the case:**

Debtor     __Aurora Operating, LLC__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number
(if known)     _____

☐ Check if this is an
    amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim.
Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G:
Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address     **As of the petition filing date, the**     **$0.00**     **$0.00**
     **claim is:** *Check all that apply.*

__Insolvency Group__

__Internal Revenue Service__     ☐ Contingent
    ☐ Unliquidated
__1919 Smith Street__     ☐ Disputed

__Houston__    __TX__    __77002__     **Basis for the claim:**
Date or dates debt was incurred     __Notice Only__

_____     **Is the claim subject to offset?**

Last 4 digits of account     ☑ No
number    __ __ __ __     ☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( __8__ )

**2.2**   Priority creditor's name and mailing address     **As of the petition filing date, the**     **$0.00**     **$0.00**
     **claim is:** *Check all that apply.*

__Internal Revenue Service__

__P.O. Box 10541__     ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

__Atlanta__    __GA__    __30348-5421__     **Basis for the claim:**
Date or dates debt was incurred     __Notice Only__

_____     **Is the claim subject to offset?**

Last 4 digits of account     ☑ No
number    __ __ __ __     ☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( __8__ )

01/11/2016 03:21:51pm

| Debtor | **Aurora Operating, LLC** | Case number (if known) |
|---|---|---|

---

## Part 1:  Additional Page

**Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | Total claim | Priority amount |
|---|---|---|
| | | |

### 2.3  Priority creditor's name and mailing address

**Texas Railroad Commission**

**PO Box 12967**

**Austin**                    **TX**     **78711-2967**

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(____)  **Administrative Prior**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$0.00**    Priority amount: **$0.00**

### 2.4  Priority creditor's name and mailing address

**Texas State Comptroller**

**1919 N. Loop W., Ste. 510**

**Houston**                    **TX**     **77008**

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(  **8**  )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$0.00**    Priority amount: **$0.00**

01/11/2016 03:21:51pm

| Debtor | **Aurora Operating, LLC** | Case number (if known) | |

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57,267.00 |

**2G Rental Solutions, LLC**

**1703 Willard**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Canadian | TX | 79014 |

**Basis for the claim:**
**Trade Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,524.25 |

**Acme Truck Line**

**PO Box 415000**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nashville | TN | 37241-5000 |

**Basis for the claim:**
**Trade Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90,241.53 |

**Aggreko-Americas**

**112 N. Cooley Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Oklahoma City | OK | 73127 |

**Basis for the claim:**
**Trade Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $94,130.13 |

**AmpliSine Labs, LLC**

**9502 Hwy.87**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Lubbock | TX | 79423 |

**Basis for the claim:**
**Trade Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

Debtor    **Aurora Operating, LLC** _____    Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.5**   Nonpriority creditor's name and mailing address

$4,738.75

**B.O.P. Ram-Block& Iron Rentals, Inc.**

**PO Box 872**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Weatherford          OK    73096**

Basis for the claim:
**Trade Vendor**

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.6**   Nonpriority creditor's name and mailing address

$38,900.78

**Badger Oilfield Services & Supply**

**PO Box 127**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Breckenridge          TX    76424**

Basis for the claim:
**Trade Vendor**

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.7**   Nonpriority creditor's name and mailing address

$58,426.02

**Baker Hughes**

**2929 Allen Parkway, Suite 2100**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston          TX    77019-2118**

Basis for the claim:
**Trade Vendor**

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.8**   Nonpriority creditor's name and mailing address

$7,066.13

**Baree & Associates, LLC**

**7112 W. Jefferson Ave. Suite 100**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Lakewood          CO    80235**

Basis for the claim:
**Trade Vendor**

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

Debtor    **Aurora Operating, LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.9** | Nonpriority creditor's name and mailing address

**$5,762.15**

**Basic Energy Services Inc.**

**801 Cherry Street, Suite 2100**

**Fort Worth**          **TX**    **76102**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Trade Vendor**

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address

**$908.00**

**Beck Trucking, LLC**

**PO Box 1198**

**Elk City**          **OK**    **73648**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Trade Vendor**

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address

**$8,040.00**

**BJB Transport, LLC**

**PO Box 263**

**Woodson**          **TX**    **76491**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Trade Vendor**

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address

**$1,788.32**

**Blomquist, Collins & Beever, PC**

**12915 Jones Street**

**San Antonio**          **TX**    **78247-4255**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Trade Vendor**

Is the claim subject to offset?

☑ No
☐ Yes

---

Debtor     **Aurora Operating, LLC**        Case number (if known) _____

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.13**   Nonpriority creditor's name and mailing address

**Borets US Inc.**

**1600 North Garnett Road**

Tulsa               OK    74116

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Trade Vendor**

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$82,248.04**

---

**3.14**   Nonpriority creditor's name and mailing address

**Catcus Equipment Rentals**

**PO Box 1273**

Goldthwaite          TX    76844

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Trade Vendor**

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$15,502.50**

---

**3.15**   Nonpriority creditor's name and mailing address

**Chase Harris, Inc.**

**PO Box 2428**

Stephenville         TX    76401

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Trade Vendor**

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$546.00**

---

**3.16**   Nonpriority creditor's name and mailing address

**Cudd Pressure Control, Inc.**

**2828 Technology Forest Blvd.**

The Woodlands       TX    77381

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Trade Vendor**

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$151,002.26**

---

Debtor    **Aurora Operating, LLC**_____    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    **Amount of claim**

**3.17**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    **$1,402.65**
*Check all that apply.*

**Custer Resources & Assoc. LLC**    ☐ Contingent
    ☐ Unliquidated
**113 Sunset Strip**    ☐ Disputed

**PO Box 240**

**Kenedy**        **TX**    **78119**    **Basis for the claim:**
    **Trade Vendor**

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __    ☑ No
    ☐ Yes

**3.18**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    **$15,209.80**
*Check all that apply.*

**Danlin Industries**    ☐ Contingent
    ☐ Unliquidated
**20333 Blinka**    ☐ Disputed

**Waller**        **TX**    **77484**    **Basis for the claim:**
    **Trade Vendor**

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __    ☑ No
    ☐ Yes

**3.19**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    **$5,637.75**
*Check all that apply.*

**Digital Networks, LLC**    ☐ Contingent
    ☐ Unliquidated
**PO Box 7374**    ☐ Disputed

**Moore**        **OK**    **73153**    **Basis for the claim:**
    **Trade Vendor**

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __    ☑ No
    ☐ Yes

**3.20**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    **$87,922.70**
*Check all that apply.*

**Dunagin Transport Co.**    ☐ Contingent
    ☐ Unliquidated
**PO Box 208**    ☐ Disputed

**Merkel**        **TX**    **79536**    **Basis for the claim:**
    **Trade Vendor**

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __    ☑ No
    ☐ Yes

01/11/2016 03:21:51pm

Debtor    **Aurora Operating, LLC**          Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.21**   Nonpriority creditor's name and mailing address

**Eddy Dreyer Financial Services, LLC**

**4925 Greenville Ave. Suite 900**

**Dallas**        **TX**    **75206-4026**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Trade Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,008.75

---

**3.22**   Nonpriority creditor's name and mailing address

**Evans Well Surveys**

**443 South Central**

**Hamlin**        **TX**    **79520**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Trade Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,568.00

---

**3.23**   Nonpriority creditor's name and mailing address

**F2 Oilfield Services, LLC**

**90 Barnett Shale Drive**

**Bridgeport**        **TX**    **76246**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Trade Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$13,905.47

---

**3.24**   Nonpriority creditor's name and mailing address

**F2 Well Services, LLC**

**90 Barnett Shale Drive**

**Bridegeport**        **TX**    **76426**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Trade Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$45,090.64

---

Debtor    **Aurora Operating, LLC**                          Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.25**   Nonpriority creditor's name and mailing address

**Flowco Production Solutions**

**2731 Spring Stuebner, Bld. N**

**Spring**            **TX**     **77389**

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Trade Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$32,379.44**

---

**3.26**   Nonpriority creditor's name and mailing address

**Hadaway Consulting & Engineering LLC**

**PO Box 188**

**Canadian**         **TX**     **79014**

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Trade Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$55,664.30**

---

**3.27**   Nonpriority creditor's name and mailing address

**Keith Allred Oil Field Services**

**9266 Ben Tirran**

**Colorado Springs**     **CO**     **80908**

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Trade Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$14,033.99**

---

**3.28**   Nonpriority creditor's name and mailing address

**Kel-Tech**

**PO Box 307**

**Thomas**           **OK**     **73669**

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Trade Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$3,983.30**

---

01/11/2016 03:21:51pm

Debtor    **Aurora Operating, LLC**                                          Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

**3.29**   Nonpriority creditor's name and mailing address                As of the petition filing date, the claim is:        **$10,111.87**
                                                                          *Check all that apply.*
**Lone Star Integration, Inc.**                                            ☐ Contingent
**d/b/a Production Meter & Test**                                          ☐ Unliquidated
**PO Box 1724**                                                            ☐ Disputed

**Breckenridge**               **TX**      **76424**                       **Basis for the claim:**
                                                                          **Trade Vendor**
Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __                             Is the claim subject to offset?
                                                                          ☒ No
                                                                          ☐ Yes

**3.30**   Nonpriority creditor's name and mailing address                As of the petition filing date, the claim is:        **$24,720.73**
                                                                          *Check all that apply.*
**Lynco Controls**                                                         ☐ Contingent
**210 Lubbock Ave.**                                                       ☐ Unliquidated
                                                                          ☐ Disputed

**Newcastle**                  **TX**      **76372**                       **Basis for the claim:**
                                                                          **Trade Vendor**
Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __                             Is the claim subject to offset?
                                                                          ☒ No
                                                                          ☐ Yes

**3.31**   Nonpriority creditor's name and mailing address                As of the petition filing date, the claim is:        **$261,405.38**
                                                                          *Check all that apply.*
**Matra Petroleum Operating LLC**                                          ☐ Contingent
**1301 McKinney, Suite 2885**                                              ☐ Unliquidated
                                                                          ☐ Disputed

**Houston**                    **TX**      **77010**                       **Basis for the claim:**
                                                                          **Notice Only**
Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __                             Is the claim subject to offset?
                                                                          ☒ No
                                                                          ☐ Yes

**3.32**   Nonpriority creditor's name and mailing address                As of the petition filing date, the claim is:        **$14,727.23**
                                                                          *Check all that apply.*
**Mike Jordan Company, LLC**                                               ☐ Contingent
**6305 South Cliff Drive**                                                 ☐ Unliquidated
                                                                          ☐ Disputed

**Fort Smith**                 **AR**      **72903**                       **Basis for the claim:**
                                                                          **Trade Vendor**
Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __                             Is the claim subject to offset?
                                                                          ☒ No
                                                                          ☐ Yes

01/11/2016 03:21:51pm

Debtor    **Aurora Operating, LLC**                                Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.33 | **Nonpriority creditor's name and mailing address** |
|------|------|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$556.38**

**Miller Consulting, Inc.**

**1000 West Avenue**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Austin**                **TX**      **78701**

**Basis for the claim:**
**Trade Vendor**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.34 | **Nonpriority creditor's name and mailing address** |
|------|------|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$108,973.45**

**Neumeier Drilling Fluids, LLC**

**PO Box 753**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Canadian**              **TX**      **79014**

**Basis for the claim:**
**Trade Vendor**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.35 | **Nonpriority creditor's name and mailing address** |
|------|------|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$7,859.06**

**Odessa Pumps & Equipment, Inc.**

**3209 N. County Rd. W**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Odessa**                **TX**      **97964**

**Basis for the claim:**
**Trade Vendor**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.36 | **Nonpriority creditor's name and mailing address** |
|------|------|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$9,262.51**

**Performance Wellhead & Frac Components**

**8505 Jackrabbit Road , Suite A**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**               **TX**      **77010**

**Basis for the claim:**
**Trade Vendor**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

01/11/2016 03:21:51pm

Debtor    **Aurora Operating, LLC**                                      Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,532.20 |

**Petrosmith Equipment LP**

**7435 Highway 277**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Abilene                    TX      79606**

**Basis for the claim:**
**Trade Vendor**

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70,350.00 |

**Pioneer Energy Services**

**1250 NE Loop 410, Suite 1000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**San Antonio              TX      78209**

**Basis for the claim:**
**Trade Vendor**

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $162.32 |

**Pitney Bowes**

**PO Box 371874**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Pittsburgh                PA      15250-7874**

**Basis for the claim:**
**Trade Vendor**

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,111.87 |

**Production Meter & Testing**

**PO Box 1724**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Breckenridge              TX      76424**

**Basis for the claim:**
**Trade Vendor**

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

01/11/2016 03:21:51pm

Debtor    **Aurora Operating, LLC**                                    Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$7,449.78** |
|------|---|---|---|

**Pruitt Tool & Supply Company**

**PO Box 181359**

☐ Contingent
☐ Unliquidated
☐ Disputed

Fort Smith                AR      72918

**Basis for the claim:**
**Trade Vendor**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$444,791.12** |
|------|---|---|---|

**Quasar Energy Services**

**3288 FM 51**

☐ Contingent
☐ Unliquidated
☐ Disputed

Gainesville               TX      76240

**Basis for the claim:**
**Trade Vendor**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$29,343.62** |
|------|---|---|---|

**Red River Compression Services**

**6699 Portwest Drive, Ste 160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Houston                   TX      77024

**Basis for the claim:**
**Trade Vendor**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$153,349.68** |
|------|---|---|---|

**Scientific Drilling**

**16701 Greenspoint Park Dr. Suite200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Houston                   TX      77060

**Basis for the claim:**
**Trade Vendor**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

01/11/2016 03:21:51pm

| Debtor | **Aurora Operating, LLC** | Case number (if known) |
|--------|---------------------------|------------------------|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.45** Nonpriority creditor's name and mailing address

**Shack Energy Services**

**PO Box 2317**

**Albany Texas, 76430**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Trade Vendor**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$41,863.12

---

**3.46** Nonpriority creditor's name and mailing address

**Shaw Stringup Services LLC**

**8522 Hwy. 30**

**Durham          OK     73642-4254**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Trade Vendor**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$700.00

---

**3.47** Nonpriority creditor's name and mailing address

**Staples Advantage**

**PO Box 83689**

**Chicago          IL     60696**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Trade Vendor**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,773.00

---

**3.48** Nonpriority creditor's name and mailing address

**The Cavins Corporation**

**1800 Bering Drive , Suite 825**

**Houston          TX     77057**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Trade Vendor**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$10,293.38

---

Debtor    **Aurora Operating, LLC**                                Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.49**  Nonpriority creditor's name and mailing address

**Throckmorton Pump Service & Supply, Inc.**

**PO Box 728**

**110 West Elm Street**

**Throckmorton**                **TX**      **76483**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Vendor**

Is the claim subject to offset?

☒ No
☐ Yes

$14,461.05

---

**3.50**  Nonpriority creditor's name and mailing address

**Thru Tubing Solutions**

**11515 South Portland Ave**

**Oklahoma City**                **OK**      **73170**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Vendor**

Is the claim subject to offset?

☒ No
☐ Yes

$38,275.01

---

**3.51**  Nonpriority creditor's name and mailing address

**Total Wellhead & Rental Tools, LLC**

**PO Box 1068**

**Perryton**                **TX**      **79070**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Vendor**

Is the claim subject to offset?

☒ No
☐ Yes

$64,886.97

---

**3.52**  Nonpriority creditor's name and mailing address

**Weatherford International LLC**

**2000 St. James Place**

**Houston**                **TX**      **77056**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Vendor**

Is the claim subject to offset?

☒ No
☐ Yes

$38,348.45

---

Debtor      **Aurora Operating, LLC**                                          Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,777.20** |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Western Well Service Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 4417**

**Wichita Falls**          **TX**     **76308**

**Basis for the claim:**
**Trade Vendor**

Date or dates debt was incurred          _____

**Is the claim subject to offset?**

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$44,118.81** |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**WTG Fuels Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 1514**

**Midland**          **TX**     **79702**

**Basis for the claim:**
**Trade Vendor**

Date or dates debt was incurred          _____

**Is the claim subject to offset?**

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

01/11/2016 03:21:51pm

Debtor      **Aurora Operating, LLC** _____        Case number (if known) _____

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

5a.   **Total claims from Part 1**                                5a.   _____ **$0.00**

5b.   **Total claims from Part 2**                                5b. **+** _____ **$2,353,102.84**

5c.   **Total of Parts 1 and 2**                                 5c.   | **$2,353,102.84** |
      Lines 5a + 5b = 5c.

---

**Fill in this information to identify the case:**

Debtor name   **Aurora Operating, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____   Chapter   **11**

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☐   No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑   Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.   **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Contract Operating Agreement with Working Interest Owners Contract to be ASSUMED | **Aurora Energy Corporation** |
|---|---|---|---|
| | | | **1301 McKinney, Suite 2828** |
| | State the term remaining | | |
| | | | **Houston**                        **TX**        **77010** |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name **Aurora Operating, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**
    ☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
    ☐ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
    schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
    owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
    separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor Name **Aurora Operating, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:**  **Summary of Assets**

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B.............................................................................. | **$0.00** |

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B............................................................................ | **$2,378,128.56** |

   1c. **Total of all property**
   Copy line 92 from Schedule A/B............................................................................... | **$2,378,128.56** |

---

**Part 2:**  **Summary of Liabilities**

2. *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, at the bottom of page 1 of Schedule D.................. | **$0.00** |

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F............................................... | **$0.00** |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................ | **+ $2,353,102.84** |

4. **Total liabilities**
   Lines 2 + 3a + 3b............................................................................................. | **$2,353,102.84** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case and this filing:</strong></td></tr>
<tr><td>Debtor Name</td><td><strong>Aurora Operating, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>SOUTHERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule _____

- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __01/11/2016__          X __/s/ Andrey Platunov__
     MM / DD / YYYY                Signature of individual signing on behalf of debtor

                                       **Andrey Platunov**
                                       Printed name

                                       **Operating Director**
                                       Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Aurora Operating, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an amended filing

Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Quasar Energy Services 3288 FM 51 Gainesville TX 76240 | | Trade Vendor | | | | $444,791.12 |
| 2 | Matra Petroleum Operating LLC 1301 McKinney, Suite 2885 Houston, Texas 77010 | | Notice Only | | | | $261,405.38 |
| 3 | Scientific Drilling 16701 Greenspoint Park Dr. Suite200 Houston, Texas 77060 | | Trade Vendor | | | | $153,349.68 |
| 4 | Cudd Pressure Control, Inc. 2828 Technology Forest Blvd. The Woodlands, Texas 77381 | | Trade Vendor | | | | $151,002.26 |
| 5 | Neumeier Drilling Fluids, LLC PO Box 753 Canadian TX    79014 | | Trade Vendor | | | | $108,973.45 |

01/11/2016 03:21:57pm

Debtor  **Aurora Operating, LLC**                                                 Case number (if known) _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 6   AmpliSine Labs, LLC 9502 Hwy.87 Lubbock Texas 79423 | | Trade Vendor | | | | $94,130.13 |
| 7   Aggreko-Americas 112 N. Cooley Drive Oklahoma City, OK 73127 | | Trade Vendor | | | | $90,241.53 |
| 8   Dunagin Transport Co. PO Box 208 Merkel TX 79536 | | Trade Vendor | | | | $87,922.70 |
| 9   Borets US Inc. 1600 North Garnett Road Tulsa, OK   74116 | | Trade Vendor | | | | $82,248.04 |
| 10   Pioneer Energy Services 1250 NE Loop 410, Suite 1000 San Antonio TX 78209 | | Trade Vendor | | | | $70,350.00 |
| 11   Total Wellhead & Rental Tools, LLC PO Box 1068 Perryton, Texas 79070 | | Trade Vendor | | | | $64,886.97 |
| 12   Baker Hughes 2929 Allen Parkway, Suite 2100 Houston, Texas 77019-2118 | | Trade Vendor | | | | $58,426.02 |
| 13   2G Rental Solutions, LLC 1703 Willard Canadian Texas 79014 | | Trade Vendor | | | | $57,267.00 |

01/11/2016 03:21:57pm

Debtor    **Aurora Operating, LLC**                                        Case number (if known) _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14  Hadaway Consulting & Engineering LLC<br>PO Box 188<br>Canadian TX  79014 | | Trade Vendor | | | | $55,664.30 |
| 15  F2 Well Services, LLC<br>90 Barnett Shale Drive<br>Bridegeport TX 76426 | | Trade Vendor | | | | $45,090.64 |
| 16  Petrosmith Equipment LP<br>7435 Highway 277<br>Abilene Texas 79606 | | Trade Vendor | | | | $44,532.20 |
| 17  WTG Fuels Inc.<br>PO Box 1514<br>Midland Texas 79702 | | Trade Vendor | | | | $44,118.81 |
| 18  Shack Energy Services<br>PO Box 2317<br>Albany Texas, 76430 | | Trade Vendor | | | | $41,863.12 |
| 19  Badger Oilfield Services & Supply<br>PO Box 127<br>Breckenridge TX 76424 | | Trade Vendor | | | | $38,900.78 |
| 20  Weatherford International LLC<br>2000 St. James Place<br>Houston, Texas 77056 | | Trade Vendor | | | | $38,348.45 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Aurora Operating, LLC**                                    CASE NO

                                                                            CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

      The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   1/11/2016 _____        Signature   /s/ Andrey Platunov _____
                                                                    *Andrey Platunov*
                                                                    *Operating Director*

Date _____        Signature _____

Debtor(s):  **Aurora Operating, LLC**          Case No:                                    SOUTHERN DISTRICT OF TEXAS
                                              Chapter: **11**                              HOUSTON DIVISION

2G Rental Solutions, LLC        Beck Trucking, LLC              Dunagin Transport Co.
1703 Willard                    PO Box 1198                     PO Box 208
Canadian Texas 79014            Elk City, OK 73648              Merkel TX 79536


Acme Truck Line                 BJB Transport, LLC              Eddy Dreyer Financial Services,
PO Box 415000                   PO Box 263                      4925 Greenville Ave. Suite 900
Nashville TN   37241-5000       Woodson, Texas 76491            Dallas, Texas 75206-4026


Aggreko-Americas                Blomquist, Collins & Beever, PC Evans Well Surveys
112 N. Cooley Drive             12915 Jones Street              443 South Central
Oklahoma City, OK 73127         San Antonio Texas 78247-4255    Hamlin Texas 79520


AmpliSine Labs, LLC             Borets US Inc.                  F2 Oilfield Services, LLC
9502 Hwy.87                     1600 North Garnett Road         90 Barnett Shale Drive
Lubbock Texas 79423             Tulsa, OK   74116               Bridgeport TX 76246


Aurora Energy Corporation       Catcus Equipment Rentals        F2 Well Services, LLC
1301 McKinney, Suite 2828       PO Box 1273                     90 Barnett Shale Drive
Houston Texas 77010             Goldthwaite TX  76844           Bridgeport TX 76426


B.O.P. Ram-Block& Iron Rentals, Chase Harris, Inc.             Flowco Production Solutions
PO Box 872                      PO Box 2428                     2731 Spring Stuebner, Bld. N
Weatherford OK 73096            Stephenville, TX 76401          Spring TX 77389


Badger Oilfield Services & Supp Cudd Pressure Control, Inc.    Hadaway Consulting & Engineerin
PO Box 127                      2828 Technology Forest Blvd.    PO Box 188
Breckenridge TX 76424           The Woodlands, Texas 77381      Canadian TX   79014


Baker Hughes                    Custer Resources & Assoc. LLC  Insolvency Group
2929 Allen Parkway, Suite 2100  113 Sunset Strip                Internal Revenue Service
Houston, Texas 77019-2118       PO Box 240                      1919 Smith Street
                                Kenedy TX  78119                STOP 5022
                                                                Houston, Texas 77002


Baree & Associates, LLC         Danlin Industries               Internal Revenue Service
7112 W. Jefferson Ave. Suite 10 20333 Blinka                    P.O. Box 10541
Lakewood, CO 80235              Waller TX 77484                 Atlanta, Georgia 30348-5421


Basic Energy Services Inc.      Digital Networks, LLC           Keith Allred Oil Field Services
801 Cherry Street, Suite 2100   PO Box 7374                     9266 Ben Tirran
Fort Worth, Texas 76102         Moore OK 73153                  Colorado Springs CO  80908

Debtor(s):  **Aurora Operating, LLC**          Case No:                          UNITED STATES BANKRUPTCY COURT
                                               Chapter:  **11**                  SOUTHERN DISTRICT OF TEXAS
                                                                                  HOUSTON DIVISION

| | | |
|---|---|---|
| Kel-Tech<br>PO Box 307<br>Thomas OK 73669 | Pioneer Energy Services<br>1250 NE Loop 410, Suite 1000<br>San Antonio TX 78209 | Texas Railroad Commission<br>PO Box 12967<br>Austin, Texas 78711-2967 |
| Lone Star Integration, Inc.<br>d/b/a Production Meter & Test<br>PO Box 1724<br>Breckenridge TX 76424 | Pitney Bowes<br>PO Box 371874<br>Pittsburgh PA  15250-7874 | Texas State Comptroller<br>1919 N. Loop W., Ste. 510<br>Houston, TX  77008 |
| Lynco Controls<br>210 Lubbock Ave.<br>Newcastle TX 76372 | Production Meter & Testing<br>PO Box 1724<br>Breckenridge TX  76424 | The Cavins Corporation<br>1800 Bering Drive , Suite 825<br>Houston Texas 77057 |
| Matra Petroleum Operating LLC<br>1301 McKinney, Suite 2885<br>Houston, Texas 77010 | Pruitt Tool & Supply Company<br>PO Box 181359<br>Fort Smith AR  72918 | Throckmorton Pump Service & Sup<br>PO Box 728<br>110 West Elm Street<br>Throckmorton TX 76483 |
| Mike Jordan Company, LLC<br>6305 South Cliff Drive<br>Fort Smith AR  72903 | Quasar Energy Services<br>3288 FM 51<br>Gainesville TX 76240 | Thru Tubing Solutions<br>11515 South Portland Ave<br>Oklahoma City, OK 73170 |
| Miller Consulting, Inc.<br>1000 West Avenue<br>Austin, TX  78701 | Red River Compression Services<br>6699 Portwest Drive, Ste 160<br>Houston, Texas 77024 | Total Wellhead & Rental Tools,<br>PO Box 1068<br>Perryton, Texas 79070 |
| Neumeier Drilling Fluids, LLC<br>PO Box 753<br>Canadian TX      79014 | Scientific Drilling<br>16701 Greenspoint Park Dr. Suit<br>Houston, Texas 77060 | Weatherford International LLC<br>2000 St. James Place<br>Houston, Texas 77056 |
| Odessa Pumps & Equipment, Inc.<br>3209 N. County Rd. W<br>Odessa, Texas 97964 | Shack Energy Services<br>PO Box 2317<br>Albany Texas, 76430 | Western Well Service Inc.<br>PO Box 4417<br>Wichita Falls, Texas 76308 |
| Performance Wellhead & Frac Com<br>8505 Jackrabbit Road , Suite A<br>Houston, Texas 77010 | Shaw Stringup Services LLC<br>8522 Hwy. 30<br>Durham OK  73642-4254 | WTG Fuels Inc.<br>PO Box 1514<br>Midland Texas 79702 |
| Petrosmith Equipment LP<br>7435 Highway 277<br>Abilene Texas 79606 | Staples Advantage<br>PO Box 83689<br>Chicago IL      60696 | |