Aurora Operating
Vendor Payment Summary Report
A/P Account#'s: 2010 thru 2015
Date Range: From 10/01/2015 thru
01/11/2016

| | | | Name | Address1 | Address2 | City | State | ZIP | $ Pmt's |
|---|---|---|---|---|---|---|---|---|---|
| current | G&A | direct reimbursment | ANDREY PLATUNOV | 21138 BREEZY SHORE LANE | | RICHMOND | TX | 77407- | 586.59 |
| current | G&A | pier diems | BRANDON HICKMAN | PO BOX 3390 | | BORGER | TX | 79008- | 3,200.00 |
| current | G&A | contract | Douglas S. Craig, Jr. | 770 South Post Oak Lane, Suite 600 | | Houston | TX | 77056- | 29,250.00 |
| current | G&A | contact | Eddye Dreyer Financial Services LLC | 4925 Greenville Ave | Suite 900 | Dallas | TX | 75206-4026 | 9,903.25 |
| current | G&A | contract | Guardian Angel Rescue Services | 1422 Lancelot | | Borger | TX | 79007- | 2,585.00 |
| current | G&A | 1099-contractor | PIPER NOSAL | 2601 STONE HILLS DR | | HARTSELLE | AL | 36540- | 14,366.68 |
| current | G&A | contract | Trias Petroleum, Inc. | 1221 Studewood St. | | Houston | TX | 77010- | 60,000.00 |
| current | G&A | contract | Unite Marketing Corp. | 20718 Lavone Drive | | Porter | TX | 77365- | 7,845.70 |
| current | G&A | compensation | Sasha Runnels | 1627 Mabry Mill Rd. | | Houston | TX | 77062- | 3,594.38 |
| current | G&A | | Chase Card Services | P.O. Box 94014 | | Palatine | IL | 60094-4014 | 18,615.46 |
| current | G&A | | HeroTek Solutions c/o Eric Tornblom | 7973 Briaridge Road | | Dallas | TX | 75248- | 667.56 |
| current | Insurance | | Wortham Insurance & Risk Management | P.O. Box 301513 | | Dallas | TX | 75303-1513 | 2,221.00 |
| | | | | | | | | | |
| current | service | corporate | Inc Now Agents and Corporations, Inc. | P.O. Box 511 | | Wilmington | DE | 19899-9963 | 99.00 |
| outstanding | service | | Amplisine Labs | 9502 Hwy 87 | | Lubbock | TX | 79423- | 2,753.48 |
| current | service | | Buckshot Welding & Fabrication, LLC | 4623 CR 120 | | Clyde | TX | 79510- | 8,286.82 |
| current | service | | Composite Lining Systems, LP | 4305 E Hwy 80 (79706) | P.O. Box 52588 | Midland | TX | 79710- | 1,971.94 |
| outstanding | service | | Cudd Pressure Control, Inc | 2828 Technology Forest Boulvard | | The Woodlands | TX | 77381- | 112,629.77 |
| outstanding | service | | Hadaway Consulting & Engineering | P.O. Box 788 | | Canadian | TX | 79014- | 41,806.70 |
| outstanding | service | | Noles Oilfield Services & Consulting LLC | 211 South Minter | | Throckmorton | TX | 76483- | 91,143.40 |
| outstanding | service | | Odessa Pumps & Equipment, Inc | PO BOX 69637 | | Odessa | TX | 78409- | 25,741.22 |
| current | service | corporate | Patricia Viera | | | | | - | 65.00 |
| current | service | | Penman Services, Ltd. | P.O. Box 597 | | Knox City | TX | 79529- | 12,504.81 |
| outstanding | service | | Petrosmith Oilfield Manufacturing & Supp | P.O. Box 6291 zip code 79608 | 7435 Hwy 277 S | Abilene | TX | 79606- | 27,963.15 |
| current | service | | Pitney Bowes | P.O. Box 371874 | | Pittsburgh | PA | 15250-7874 | 211.15 |
| outstanding | service | | Quasar Energy Services | 3288 FM 51 | | Gainesville | TX | 76240- | 100,000.00 |
| outstanding | service | | Weatherford International, LLC | 2000 St. James Place | | Houston | TX | 77056- | 4,492.39 |
| outstanding | service | | WTG Fuels, Inc. | P.O. Bo 3514 | | Midland | TX | 79702- | 24,572.17 |

**607,076.62**   57